# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| Marni Robinson | |
| Plaintiff, | Case No. 4:14-cv-01410 |
| v. | |
| Convergent Outsourcing, Inc. | **NOTICE OF DISMISSAL**<br>**WITH PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By:___/s/ Jeffrey S. Hyslip__
    Jeffrey S. Hyslip
    Attorney for Plaintiff
    917 W. 18th Street
    Suite 200
    Chicago, IL  60608

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 3, 2014, I electronically filed the foregoing Notice.  Service

of this filing will be made by the Plaintiff's Counsel upon the following:


Shannon Smith, Esq.
Director of Litigation & Risk Management
Convergent Outsourcing, Inc.
800 SW 39th Street
Renton, WA  98057-4975



<u>/s/ Jeffrey Hyslip</u>