UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Marni Robinson, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No.  H-14-1410 |
| | § | |
| Convergent Outsourcing, Inc., | § | |
| | § | |
| Defendants. | § | |

ORDER

Pursuant to the Notice of Dismissal with Prejudice filed on July 3, 2014,  the

above-styled action shall be and is hereby dismissed with prejudice pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The Clerk shall send a true copy to all counsel of record.

Signed this ____**3**____ day of July, 2014.


DAVID HITTNER
United States District Judge